IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM COOKSEY, JR. AND
JOHN WILLIAMS, JR., et al                                         PLAINTIFFS

V.                      CASE NO. 5:16-cv-00072-KGB

PROFESSIONAL TRANSPORTATION, INC., et al            DEFENDANTS

## PLAINTIFFS' FIRST MOTION TO COMPEL DISCOVERY

Now into court comes William Cooksey, Jr. and John Williams, through counsel Eugene Hunt and for Plaintiffs' First Motion To Compel Discovery states:

1. Plaintiffs served upon defendant Professional Transportation Inc., (PTI) Plaintiffs' First Interrogatories and Request for the Production of Documents on May 31, 2016 which included seven (7) interrogatories and six (6) requests for the production of documents. PTI responded to Plaintiff's First Interrogatories and Request for the Production of Documents on July 1, 2016. Exhibit 2. At issue in this motion are PTI's failure to supplement interrogatory number 3; its refusal to answer interrogatory number 5; and its refusal to respond to request for production of documents number 2.

2. In response to interrogatory number 3, PTI chose to produce a 235 page spreadsheet that included a de-identified list of van driver hired since January 1, 2010, which included hire date, starting pay rate, pay increases, and termination dates. In response to interrogatory number 7, PTI agreed to comply with its discovery obligations under FRCP 26, 33, and 34. Including its duty to supplement. Exhibit 2, p. 13.

3. In response to interrogatory number 5, PTI objected and stated that it would not answer this interrogatory.

4. At request for production for documents number 2, PTI objected and stated that "defendant will not produce the personnel files for other employees that it employed in Arkansas for the requested time period. As a compromise on November 14, 2016 plaintiff proposed to accept "the personnel files of Tommy Dennis, white; Deanna Alexander, white, white employees numbered 0200, white employee number 0212, and white employee number 0216; all hired at $8.06/hr.

5. On November 14, 2016, plaintiffs' Counsel wrote PTI's counsel about PTI's duty to supplement its response to interrogatory number 3; its refusal to answer interrogatory number 5; and its refusal to produce documents in response to request for production number 2.

6. On December 6, 2016 plaintiffs' counsel and PTI's counsel conferred about PTI's refusal to supplement interrogatory number 3; its refusal to answer interrogatory number 5; and PTI's refusal to produce documents requested in request for production of documents number 2, to no avail.

7. During the conference with PTI's counsel about the discovery at issue, PTI requested citations to authorities relied upon by plaintiffs and such request was honored. Exhibit 4.

8. The attached exhibits support plaintiffs' first motion to compel discovery.

    (a). Plaintiff's' first interrogatories and request for the production of documents. Exhibit 1.

2.

    (b). Defendant PTI's responses and objections to plaintiffs first interrogatories and requests for the production of documents. Exhibit 2.

    ©. Plaintiffs' counsel's letter to PTI's counsel dated November 14, 2016. Exhibit 3.

    (d). Counsel to Plaintiffs' letter to PTI's counsel dated December 6, 2016 citing authorities relied upon by plaintiffs in seeking responses to discovery. Exhibit 4.

9. This motion is authorized by Rule 37, of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs pray that PTI be: ordered to supplement its answers to interrogatory number 3; be ordered to answer interrogatory number 5, by providing a list of positions at PTI, other than van drivers and branch managers, stating the name, the race, the date of hire, initial pay, each pay increase (and dates thereof) from March 7, 2012 until this discovery is answered; ordered to produce the personnel files of Tommy Dennis, white, Deanna Alexander, white, white employees numbered 0200, 0212, and 0216; all hired at $8.06/hr. Plaintiffs also request reasonable attorney's fee of $1,500.00 for presenting this motion to compel to the Court.

                        RESPECTFULLY SUBMITTED,

                        WILLIAM COOKSEY, JR., et al

/s/ Eugene Hunt
Eugene Hunt #72060
Hunt Law Firm
320 West Harding Avenue
Post Office Box 9588
Pine Bluff, Arkansas 71611
Tele: 870-534-4460
Fax: 870-535-4967
Eugenehunt2000@yahoo.com

/

/s/ Ebony Gulley
Ebony Gulley, Attorney for Plaintiffs
Arkansas Bar #: 2013206
GULLEY LAW FIRM, P.L.L.C.
351 W Washington St, Suite 221
Post Office Box 548
Camden, AR 71711-0548
**Phone:** 870.836.2020
**Fax:** 844.270.1595
**E-Mail:** ebony@gulleylawfirmpllc.com

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of January, 2016 the forgoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John L. Burnett
LAVEY AND BURNETT
904 West Second Street
Little Rock, AR 72201
jburnett@laveyandburnett.com

Matthew P. Rocco *(Pro Hac Vice)*
ROTHMAN ROCCO LARUFFA, LLP
3 West Main Street, Suite 200
Elmsford, NY 10523
mrocco@rothmanrocco.com

/s/Eugene Hunt
Eugene Hunt

Patrick Hulla
Justin M. Dean
Ogletree, Deakins, Nash, Smoak & Stew
4520 Main Street, Suite 400
Kansas City, MO 64111