IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM COOKSEY, JR.**
**and JOHN WILLIAMS**                                                      **PLAINTIFFS**

v.                       Case No. 5:16-cv-00072 KGB

**PROFESSIONAL TRANSPORTATION, INC.,** *et al.*                  **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, judgment is entered in favor of defendants Professional Transportation Inc., United Professional Service Employees Union, and United Professional Service Employees Union Local 12222. Plaintiffs William Cooksey, Jr.'s claims are dismissed with prejudice, and plaintiff John Williams's claims were by prior Order dismissed without prejudice. The relief requested is denied.

So adjudged this 29th day of September, 2017.

                                                            Kristine G. Baker
                                                            United States District Judge